In The District Court
OF The Virgin Islands
Division of St. Thomas

| | |
|---|---|
| Kareem J. Joseph I.D. #112200<br>Plaintiff<br>Pro-se<br><br>V.<br><br>Albert Bryan   The Chief Executive Officer<br>Denise George   Attorney General of The Virgin Islands<br>Wynnie Testamark  Director of B.O.C<br>Everett Hansen   Assistance Director of B.O.C<br>Mark Johnson   Warden of B.O.C<br>Myron Fredricks   Sargent of B.O.C<br>Tanisha Ryan   %. of B.O.C<br>Jahlanie Chartswell %. of B.O.C<br>Defendants | Complaint<br>Civic Action No.____ |

## Jurisdiction of Venue

This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States. The court has jurisdiction under 28 U.S.C. Section 1331 and 1343(a)(3). Plaintiff seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff's claims for injunctive relief are authorized by 28 U.S.C. Section 2283 & 2284 and Rule 65 of the Federal Rules of Civil Procedure.

The District Court of the Virgin Islands Division of St. Thomas is an appropriate venue under 28 U.S.C. Section 1391 (b)(2) because it is where the events giving rise to this claim occurred.

## Plaintiff

Plaintiff, Kareem J. Joseph B.O.C #112200, is and was at all times mentioned here in a prisoner of the United States Virgin Islands in the custody of the Bureau of Corrections He is currently confined at the Tallahatchie Correctional Facility Located in Tutwiler, Mississippi.

## Defendants

Defendant Albert Bryan Governor and Chief Executive Officer of the United States Virgin Islands. He is being sued in His official Capacity and individual Capacity.

Defendant Denise George Attorney General of the United States Virgin Islands. She is being sued in Her official and individual Capacity.

Defendant Wynnie Testamark Director of the B.O.C Correctional Facility. She is legally responsible for the overall operation of the Department and each institution under its jurisdiction, including CJC Adult Correctional Facility.

Defendant Everett Hansen Assistance Director of the B.O.C Correctional Facility. He is being sued in His official and individual capacity.

Defendant Mark Johnson Superintendant/Warden of the CJC Adult Correctional Facility. He is responsible for the operation of CJC Correctional Facility and for the welfare of all the inmates in that prison. He is being sued in His official capacity and individual capacity.

Defendant Myron Fredricks Sargent is a Correctional officer of the Virgin Islands Bureau of Corrections who, at all times mentioned in this Complaint, held the rank of Sargent and was assigned to CJC Correctional Facility.

Defendant Tanisha Ryan %. of the Bureau of Corrections who at all times mentioned in this Complaint, held the rank of %. and was assigned to CJC Correctional Facility.

Defendant Jahlanie Charlswell %. of the Bureau of Corrections who at all times mentioned in this Complaint, held the rank of %. and was assigned to CJC Correctional Facility.

Each defendant is sued individually and in his or her official capacity. At all times mentioned in this complaint each defendant acted under the Color of state law.

### Facts

"Upon information and belief." On Feb. 5, 2022 at about 6am I woke up not feeling well my fellow inmates gave me an teabag to warm up and drink. I drank it and was waiting for it to settle befor going back in my bed. Around 7am to 8:15am %. Tanisha Ryan, came in the unit to conduct a head count. She came to my door calling my name I answered her loud enough for her too hear me. %. Ryan, then still came into my cell shaking and poking me out of my sleep, provoking me to anger. I then tried grabing her hands but she pull'd back her hands mumbling something about checking on me Knowing we don't see eye to eye. I was trying to go back to sleep due to the fact I woke up feeling sick. %. Ryan, then stated she can do what she wants to do, it took me several minutes to get out of bed due to the dizziness I was feeling from my medications. When I finally got up I went to the door Knocking on it to get %. Ryan attention she was just coming out of Cluster #6 and I call'd out to her. When %. Ryan, opened the door I told her not too touch me again or

1 of 4

else I will fuck her up so she started cursing at me telling me to go to my fucking room, I told her call the Supervisor and the boom squad because I isn't going in no room unless they come. I walked away several times then got frustrated slaming my right hand on the table while continuing walking away from her. Some of the other inmates told her to call the Supervisor but she refused to do so.

"Upon information and belief." I sat on the other table trying to catch my breath and C/O. Ryan, came up on me a little to agressive puting her hands on me yet again. I responded by shurging swinging at me so I responded defending my life against her beatings by throwing my hands at her knocking her to the floor twice. C/O. Vanbeverhaute, and C/O. Chartswell, rush'd in holding me in a headlock carrying me into Cell#6 which was not my cell. C/O. Vanbeverhaute, was still holding me in a headlock while C/O. Chartswell, continued to beat on me. C/O. Ryan, saw that as an opportunity to rush into Cell#6 beating me in my head, back, and, neck with her baton until several inmates got involved trying to break up the disadvantage.

"Upon information and belief." C/O. Delrease Bryant, stepped in taking C/O. Ryan, baton from her when the others C/O's came to assist the situation. C/O. Pemberton, and C/O. Chartswell then took me into my cell#2 telling me to calm down which was hard to do,

1 of 5

being I was in a fight and on my medications. When C/O. Vanbeverhoute, came in front my cell I told him for that stunt you pull'd off I gon buss a whole clip in he face. Several minutes later C/O. K. Pemberton, C/O. A. Pemberton, and C/O. J. Charlswell, came to escort me to see Doctor Callwood, where she took pictures of my injuries, my pressure, my temperature, and asking me questions and gave me a pill for pain. Ever since that day I have been filing grievances and sick calls due to the use of excessive force and unjust treatment against me. The Bureau of Corrections refused to carry me to the Hospital to seek better treatment for my head injuries, and to allow me to press charges against the C/O's for brutally beating on me with cruel and unusual punishment against me. There is also an video footage of said incident on Feb. 5, 2022, where prison officials were responsible for "the unnecessary and waton infliction of pain." Wilkins V. Gaddy, 559 U.S. 34 Hudson V. McMillian, 503 U.S. 1 For a Constitutional right to be clearly established, its contours must be sufficiently clear that a reasonable official would understand that what he is doing violates that right. Hope V. Pelzer see also Ayotte V. Barnhart, 973 F. Supp. 2d 70, 2013 U.S. Dist. Lexis 136609. Deliberate indifference is an Element of an Eight Amendment Violation for which the state may be held liable, but there must be a Constitutionally Cognizable Deprivation to begin with. The officers didn't have justification to use excessive force against Plaintiff, because there was no resistance to apply unreasonable such force. Prison officials acted maliciously and sadistically for the purpose of causing harm. Cooper Indus V. Leatherman Tool Group, Inc., 532 U.S. 424 Roper V. Simmons, 543 U.S. 551 Glossip V. Gross, 576 U.S. 863 Jones V. Mississippi, 141 S.Ct. 1307 Hernandez V. Mesa, 140 S.Ct. 1843 Ziglar V. Abbasi, 137 S.Ct. 1843 Hall V. Florida, 572 U.S. 701 Kingsley V. Hendrickson, 576 U.S. 389 Kennedy V. Louisiana, 554 U.S. 407

1 of 6

Atkins V. Virginia, 536 U.S. 304   Tison V. Ariz., 481 U.S. 137   Montgomery V. Louisiana, 577 U.S. 190
Graham V. Connor, 490 U.S. 386   Timbs V. Indiana, 139 S. Ct. 682   Coker V. Ga., 433 U.S. 584
Booth V. Churner, 532 U.S. 731   Poter V. Nussle, 534 U.S. 516   Ewing V. California, 538 U.S. 11
Graham V. Florida, 560 U.S. 48   Solem V. Helm, 463 U.S. 277

## Exhaustion of Legal Remedies

Plaintiff Kareem J. Joseph, used the prisoner grievance procedure available at CJC Adult Correctional Facility to try solve the problem. On or about Feb. 6, 2022 with no responce back I further filed another grievance to the Warden on or about Feb. 9, 2022 with no further responce I filed yet another grievance in regardes to pressing charges for the brutal assault against me all which went unresponce. I Kareem J. Joseph, further continued filing grievances Warden Mark Johnson, responce was that I need to speak with my mental health counselor for anger management issues.

## Legal Claims

Plaintiffs reallege and incorporate by reference paragraphs

## Claim 1

Plaintiffs Constitutional rights was violated by C/O. Tanisha Ryan, who physically assaulted me by using "Excessive Force" by causing bruises to my neck, back, head, and shin area which is cruel and unusual punishment in violation to the Eight

1 of 7

Amendment of the United States Constitution.

### Claim 2

Plaintiffs Constitutional rights to the Fourteen Amendment right was violated by Defendant Myron Fredricks, by locking me down 15 days taking my good time away and causing emotional distress pain and suffering in violation of my Due Process Right and Equal Protection under the fourteen

### Claim 3

Defendant Wynnie Testamark violated Plaintiff's first Amendment rights to Free exercise of my Constitutional rights by retaliation for filing grievances which resulted in my transfer to Tallahatchie Correctional Facility Located in Tutwiler, Mississippi.

The plaintiff has no plain, adequate or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured by the conduct of the defendants unless this court grants the declaratory and injunctive relief which plaintiff seeks.

### Prayer For Relief

WHEREFORE, plaintiff respectfully prays that this court enter judgment granting plaintiff:

A declaration that the acts and omissions described herein violated plaintiff's rights under the Constitution and laws of the United States.

A declaration that the act and omission of the United States Virgin Islands Bureau of Corrections have violated the free exercise clause and the equal Protection and Due Process Clause of the Fourteen Amendant to the United States Constitutions.

A preliminary injunction ordering defendant Wynnie Testamark to: Immediately arrange for plaintiff to be removed from the Tallahatchie Correctional Facility and be turned over to John A. Bell Correctional Facility.

Compensatory damages in the amount of $175,000.00 against each defendant, jointly and severally.

Punitive damages in the amount of $120,000.00 against each defendant.

A jury trial on all issues triable by jury

Plaintiffs cost in this suit $400.00

Any additional relief this court deems just, proper, and equitable.

Dated: June 10, 2022

Respectfully submitted,

Kareem J. Joseph

Tallahatchie County Correctional Facility

19351 U.S. Highway 49 North Tutwiler, Mississippi 38963

## VERIFICATION

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Tutwiler, Mississippi on June 10, 2022

Kareem J. Joseph

*Kareem J. Joseph*

1 of 10

## Certificate of Service

I Kareem J. Joseph, hereby on this __10__ day of June 2022 mail a copy of this 1983 Civil Complaint in the mailing institutional system of Tallahatchie Correctional Facility to the Clerk of the District Court of the Virgin Islands Division of St. Thomas on this __10__ day of June of 2022.

Respectfully Submitted By

_____Kareem J. Joseph_____
(Indigent Pro-se Petitioner)

Kareem J. Joseph
Tallahatchie County Correction Facility
19351 U.S. Highway 49 North
Tutwiler, Mississippi 38963
Prisoner State Number 112200

Sworn and Subscribed before me __Kareem J. Joseph__ on this __10__ day, __June__ Month, and __2022 th__ year. My Commission Expire(s) on: __1-5-2024__
Public Notary Seal Here



1 of 11